SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KETEVAN SANCHEZ, individually and on behalf of all other persons similarly situated who were employed by MJ-MC HOME HEALTH CARE AGENCY, INC., along with other entities affiliated or controlled by MJ-MC HOME HEALTH CARE AGENCY, INC.,

                               Plaintiffs,

v.

MJ-MC HOME HEALTH CARE AGENCY, INC. and/or any other related entities,

                               Defendant.

Index No.: 160461/2018

~~PROPOSED~~ PUBLICATION ORDER

WHEREAS the Court having read and considered the proposed Notice of Class Action; and

WHEREAS the Court finding that there exist substantial and sufficient grounds for entering this Order;

IT IS HEREBY ORDERED that:

1. On or before thirty days (30) days after entry of this Order, Defendant MJ-MC HOME HEALTH CARE AGENCY, INC., ("Defendant" or "MJ-MC") shall furnish Class Counsel with a list (the "Class List") containing the following information: (a) names of all individuals employed by Defendant as non-residential home health aides and personal care assistants in New York between December 20, 2010 and today ("Class Member" or "Class Members"); (b) their last known mailing and email address; (c) last known telephone number(s); and (d) Social Security number (for skip trace purposes only). To the extent possible, this list is to be furnished in electronic form.

2. On or before twenty (20) days after Class Counsel receives the Class List, Class Counsel or their designated representatives shall cause a copy of the Notice of Class Action to be mailed to every Class Member in English, Russian, Spanish, Chinese and Polish (as needed) (a)

once by first class mail and (b) once by electronic mail for Class Members whose information was provided.

3. Class Counsel may also cause a copy of the Notice of Class Action to be published in one or more newspaper and/or periodicals in local circulation to the extent they believe the Class List is inadequate or incomplete.

4. On or before twenty (20) days after Class Counsel receives the Class List, Class Counsel shall cause a copy of the Notice to be made available at a designated location on Virginia & Ambinder, LLP's website located at www.vandallp.com.

5. The Court approves the form of the Notice of Class Action, and finds that the publication of such Notice substantially in the manner and form set forth in paragraphs 2 through 4 will constitute the best notice practicable under the circumstances to members of the Class.

WHEREAS the Court having read and considered the motion for an order to extend the deadline to file the Notice of Issue and Certificate of Readiness, and the Court having read and reviewed the moving papers:

IT IS HEREBY ORDERED that:

1. **IT IS** on this ___15th___ day of ___August___, 2022:

2. **ORDERED**, that Plaintiffs' motion for class certification is granted.

**SO ORDERED:**

Dated: New York, New York

___August 15___, 2022

_____
Hon. James E. D'Auguste, J.S.C.