Stipulation of dismissal accepted.
The Clerk is directed to close the case.
So ordered
*/s/ Raymond J. Dearie*
December 1, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FRIDANE ADOLPHE, individually and on behalf of other persons similarly situated who were employed by MJ-MC HOME HEALTH CARE AGENCY, INC., along with other entities affiliated or controlled by MJ-MC HOME HEALTH CARE AGENCY, INC.,

                              Plaintiffs,

- against -

MJ-MC HOME HEALTH CARE AGENCY, INC., and/or any other related entities,
                              Defendant.

---

Index No.: 19-cv-01510 (RJD) (VMS)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

      **IT IS HEREBY NOTICED** that, pursuant to Rules 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed without prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
       November 18, 2022

__/s LaDonna Lusher_____
LaDonna Lusher, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
*Attorneys for Plaintiffs*
*and the Putative Class and Collective*

__/s Daniel Gomez-Sanchez_____
Daniel Gomez-Sanchez, Esq.
Littler Mendelson P.C.
290 Broadhollow Road Suite 305
Melville, New York 11747
Tel: (631) 247-4713
*Attorney for Defendant*

SO ORDERED:

_____
Judge Raymond J. Dearie